**No. 52556.**—G. R. Kirk Company v. United States, petitions 6529–R and 6530–R (Detroit).

Opinion by CLINE, J. At the trial the traffic manager of the petitioner testified that the merchandise came from various places in Nova Scotia, New Brunswick, and Quebec; that representatives of the company went into the field, contacted the suppliers in advance, and made arrangements with them as to the prices they were going to pay; and that it was on the basis of information obtained from them that the witness notified the brokers as to the prices to be used in making entry. The witness further stated that petitioner was advised by the brokers that there had been advances in value by the appraiser; that petitioner had instructed them to file appeals for reappraisement; and that the question of value was litigated over a period of years from 1939 to 1945. On the record presented it was held that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petitions were therefore granted.

**No. 52557.**—Hoyt, Shepston & Sciaroni v. United States, petition 6630–R (San Francisco).

Opinion by CLINE, J. At the trial the customs broker testified that in circling the items at the end of the invoice which were to be deducted, through error, he circled the item "gremio in the amount of 801 Escuidos" and that his office had never deducted such a tax before. Although the broker exhibited a lack of care in making the entry, there was nothing in the record indicating that there was an intention on his part or the petitioner to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted. (*Linen Thread Co.* v. *United States*, 13 Ct. Cust. Appls. 395, T. D. 41322, followed.)

BEFORE THE THIRD DIVISION, SEPTEMBER 29, 1948

**No. 52558.**—James E. Markham, Alien Property Custodian v. United States, protests 14891–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52559.**—Gonzales & Blanco v. United States, protest 119537–K (Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.